UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVAIT RUIA, et al.,

          Plaintiffs,

     v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No.  26-cv-01056-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 9

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: April 9, 2026

_____

WILLIAM H. ORRICK
United States District Judge